**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LAMONT D. WILLIAMS, | ) | NO. ED CV 18-00173-JAK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| PBSP/WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 1, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE